JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SHELLI K. K.,[1] <br><br> Plaintiff, <br><br> v. <br><br> LELAND DUDECK,[2] Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 5:24-cv-01430-DTB <br><br> **J U D G M E N T** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Leland Dudeck became the Acting Commissioner of Social Security on or about February 19, 2025. Leland Dudeck is substituted for Michelle King as the defendant in this action. Fed. R. Civ. P. 25(d).

1

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed, and this action is dismissed with prejudice.

DATED: March 6, 2025

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE